UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Tammy L. DeCosta, | ) CASE NO.: 1:04CV1118 |
| Plaintiff, | ) JUDGE CHRISTOPHER BOYKO |
| vs. | ) **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Medina County, et al., | ) |
| Defendants. | ) |

We, the attorneys for the respective parties do hereby stipulate that above captioned matter has been settled and dismissed, with prejudice, as against Defendants at the cost of said Defendants. The Court may enter an Order accordingly, notice by the Clerk being hereby waived.

IT IS SO ORDERED

_____
JUDGE

_____
DAVID V. GEDROCK, Esq.
Attorney for Tammy L. DeCosta

s/John T. McLandrich
_____
JOHN T. MCLANDRICH (0021494)
TODD M. RASKIN (0003625)

Attorneys for Medina County, Sheriff Neil F. Hassinger, Officer Melissa Smith, Officer Skoczen, Officer Detrich, Officer Sue Jarvis, Lieutenant Baker, and First Sergeant Colonius

_____
Mark J. Volcheck, Esq.
Attorney for Kathy Hastings

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2006, a copy of the foregoing Stipulation for Dismissal with Prejudice was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        *s/John T. McLandrich*
                                        JOHN T. MCLANDRICH (0021494)
                                        TODD M. RASKIN (0003625)

                                        Counsel for Defendants Medina County, Sheriff Neil F. Hassinger, Officer Melissa Smith, Officer Skoczen, Officer Detrich, Officer Sue Jarvis, Lieutenant Baker, and First Sergeant Colonius

ALSC-040220/Stipulation of Dismissal